O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-4779-AHM *<br>CV11-8470-AHM<br>CV11-9120 AHM | Date | December 20, 2011 |
|---|---|---|---|
| Title | In Re: Georges Marciano | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS)  ORDER

    The above-referenced cases are unable to progress, as parties have not timely filed the required documentation.  Unless all overdue items are filed by December 28, 2011, including Certificate of Readiness and/or Designation of Record, the Court will dismiss the Appeals for lack of prosecution.

|  | : |
|---|---|
| Initials of Preparer | se |