**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Chapter 11 Debtor and Appellant
GEORGES MARCIANO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| In re | CASE NO.  2:11-cv-04779-AHM |
| GEORGES MARCIANO, | BAP Case No. CC-11-1103 |
| Debtor. | USBC Case No. 1:11-bk-10426-VK |
| | Chapter 11 |
| | **APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL WITHOUT PREJUDICE** |
| | **[No Hearing Set]** |

**TO:     THE HONORABLE A. HOWARD MATZ, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

Chapter 11 Debtor and Appellant Georges Marciano respectfully requests that the Court dismiss the appeal without prejudice in case no. 2:11-cv-04779-AHM before this Court, which originally was commenced by him by a notice of appeal filed with the United States Bankruptcy Court for the Central District of California on March 8, 2011 [docket no. 222], which then was amended by an amended notice of appeal that was filed on March 14, 2011 [docket no. 234] and

1  then was referred to this Court by the Bankruptcy Appellate Panel ("BAP") based upon the

2  election that appellees Gary Iskowitz, Theresa Iskowitz, Carolyn Malkus, Camille Abat and

3  Miriam Choi filed with the BAP on March 21, 2011.  No cross-appeal was filed by any parties to

4  this appeal.  This Motion does not affect any other appeals pending before this Court in

5  connection with the Chapter 11 case of Georges Marciano.

DATED:   January 23, 2012               HILL, FARRER & BURRILL LLP


By:  /s/ Daniel J. McCarthy
     DANIEL J. McCarthy
     Attorneys for Chapter 11 Debtor and
     Appellant GEORGES MARCIANO

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147